■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH P. HEVERLY, Appellant. [892 NYS2d 918]—Appeal from a judgment of the County Court of Chemung County (Hayden, J.), rendered December 12, 2008, upon a verdict convicting defendant of the crimes of aggravated unlicensed operation of a motor vehicle in the first degree and driving a motor vehicle while ability impaired by alcohol.

Defendant was charged in an indictment with aggravated unlicensed operation of a motor vehicle in the first degree and driving while intoxicated. Following a jury trial, he was convicted of the former charge as well as the lesser charge of driving a motor vehicle while ability impaired by alcohol. Defendant was thereafter sentenced, respectively, to $1\frac{1}{3}$ to 4 years in prison and 15 days in jail, to run concurrently. He now appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record, counsel's brief and defendant's pro se submissions, we agree. Consequently, the judgment is affirmed

and counsel's application for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Mercure, J.P., Peters, Lahtinen, Stein and McCarthy, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.